CONNOR ET AL. *v.* JOHNSON, GOVERNOR OF
MISSISSIPPI, ET AL.

No. 999.   Decided March 27, 1967.

*Carl Rachlin, Marvin M. Karpatkin, Arthur Kinoy,
Melvin L. Wulf, Alvin J. Bronstein* and *Robert B. McKay*
for appellants.

*Joe T. Patterson,* Attorney General of Mississippi, and
*Martin R. McLendon,* Assistant Attorney General, for
appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is
affirmed.

MR. JUSTICE DOUGLAS is of the opinion that probable
jurisdiction should be noted and the case set down for
argument.